**Slip Op. 01-17**

**UNITED STATES COURT OF INTERNATIONAL TRADE**

BEFORE: SENIOR JUDGE NICHOLAS TSOUCALAS

_____
                                           :
SNR ROULEMENTS; SKF USA INC.,              :
SKF FRANCE S.A. and SARMA,                 :
                                           :
            Plaintiffs,                    :
                                           :
            v.                             :    Consol. Court No.
                                           :    97-10-01825
UNITED STATES,                             :
                                           :
            Defendant,                     :
                                           :
            and                            :
                                           :
THE TORRINGTON COMPANY,                    :
                                           :
            Defendant-Intervenor.          :
_____:

**<u>JUDGMENT</u>**

This Court having received and reviewed the United States Department of Commerce, International Trade Administration's ("Commerce") Final Results of Redetermination Pursuant to Court Remand, <u>SNR Roulements v. United States</u>, 24 CIT ___, 118 F. Supp. 2d 1333 (2000) ("Remand Results"), and Commerce having complied with the Court's remand order and no responses to the Remand Results having been submitted by the parties, it is hereby

**ORDERED** that the Remand Results filed by Commerce on January 11, 2001 are affirmed in their entirety; and it is further

**ORDERED** that since all other issues have been decided, this case is dismissed.

                                    _____
                                         NICHOLAS TSOUCALAS
                                           SENIOR JUDGE

Dated:    February 23, 2001
          New York, New York